| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Sotomayor, Sonia | 2. Court or Organization<br><br>Supreme Court of the United States | 3. Date of Report<br><br>05/09/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>1 First Street, NE<br>Washington, DC 20543 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 05/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Palm Beach County Bar Assn. & Forum of the Palm Beaches | 2/2/2015 | West Palm Beach, FL | Address | Transportation and Meals |
| 2. | Davidson College | 3/12/2015 through 3/13/2015 | Davidson, NC | Discussions with groups of faculty and students | Transportation, Lodging and Meals |
| 3. | New York University School of Law | 3/13/2015 | New York, NY | Panel Discussion on Burt Neuborne's book "Madison's Music" | Transportation and Meals |
| 4. | Columbia University School of Law | 4/10/2015 | New York, NY | Discussion with faculty and meeting with Latino Law Students Association | Transportation and Meals |

| | | | | |
|---|---|---|---|---|
| 5. | Bryn Mawr College | 4/17/2015 | Bryn Mawr, PA | Address accepting Katharine Hepburn Medal | Transportation and Meals |
| 6. | Mt. Sinai Hospital School of Medicine | 5/7/2015 through 5/8/2015 | New York, NY | Address accepting honorary degree at commencement | Transportation and Meals |
| 7. | Association of the Bar of New York | 5/7/2015 | New York, NY | Address to New Lawyers Institute | Meal |
| 8. | Bronx Childrens Museum | 7/23/2015 | Bronx, NY | Participation in Dream Big Day events | Meals |
| 9. | University of Notre Dame | 9/1/2015 through 9/3/2015 | South Bend, IN | Address, question and answer conversation meeting with students, meeting with faculty | Transportation, Lodging and Meals |
| 10. | Amherst College | 9/8/2015 | Amherst, MA | Question and answer conversation with faculty and students | Transportation, Lodging and Meals |
| 11. | Springfield Public Forum | 9/9/2015 | Springfield, MA | Moderated interview | Transportation, Lodging and Meals |
| 12. | Pomona College | 10/21/2015 through 10/22/2015 | Claremont, CA | Question and answer conversation with faculty and students | Transportation, Lodging and Meals |
| 13. | University of the Pacific | 10/22/2015 through 10/23/2015 | Stockton, CA | Participation in Advancing Women Leadership Conference | Transportation, Lodging and Meals |
| 14. | University of Richmond | 11/16/2015 through 11/17/2015 | Richmond, VA | Q & A conversation w/ faculty and students. Mtg with Virginia Supreme Court Justices | Transportation, Lodging and Meals |
| 15. | New York University School of Law | 12/11/2015 | New York, NY | Address to Latino Law Students Association | Transportation and Meal |
| 16. | University Club | 12/21/2015 | New York, NY | Moderated interview | Meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 05/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Morgan Chase, NA | Mortgage on Rental Property #1, New York, New York (Pt. VII, Line 12) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Capital One Bank Account (formerly ING Direct) (y) | | | | | | | | | |
| 2. Citibank, N.A. Accounts | A | Interest | N | T | | | | | |
| 3. Morgan Stanley Bank, NA (H) | A | Interest | J | T | | | | | |
| 4. Templeton Global Bond A Fund | B | Dividend | K | T | | | | | |
| 5. Columbia TRI LC Growth Class A MF Fund | A | Dividend | L | T | | | | | |
| 6. Nuveen NWQ Large Cap Value A Fund | B | Dividend | L | T | | | | | |
| 7. Thornburg IN Growth A Fund | A | Dividend | L | T | | | | | |
| 8. Franklin FLTG RT DLY Access A Common | B | Dividend | K | T | | | | | |
| 9. Morgan Stanley Bank, NA (IRA) (H) | A | Interest | J | T | | | | | |
| 10. Blackrock GLB Allocation FD Class A (IRA) | A | Dividend | L | T | | | | | |
| 11. Pimco Unconstrained BDA (IRA) | B | Dividend | K | T | | | | | |
| 12. Rental Property #1, New York, NY Appraised 2012 | D | Rent | P1 | Q | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 05/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III - As I received no "Non-Investment Income" in 2015, Part III is marked "None". Furthermore, I have been advised by the Knopf Doubleday Group, publisher of my memoir, "My Beloved World", that it disbursed no funds during 2015 to promote the sale of the book.

Part IV - Item 9 - Transportation for this event was provided by private plane owned by the sponsor, The University of Notre Dame.

Part IV - Items 10 and 11 - The sponsors of these events shared the cost of transportation and lodging.

Part IV - Item 11 - MassMutual Life Insurance Company was an additional "Presenting Sponsor" of this event.

Part IV - Items 12 and 13 - The sponsors of these events shared the cost of transportation and lodging.

Part VII - Item 1 - Account was closed as of January 9, 2015. Income and value were both below level requiring reporting.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sotomayor, Sonia | 05/09/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sonia Sotomayor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544